### KIM M. WASKO ET AL. *v.* DANIEL T. FARLEY, JR., ET AL.

The petition by the named plaintiff for certification for appeal from the Appellate Court, 108 Conn. App. 156 (AC 28074), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Eddi Z. Zyko*, in support of the petition.

*John J. Pezzillo*, in opposition.

Decided September 16, 2008

### JOSEPHINE GAIDA ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE CITY OF SHELTON

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 19 (AC 28421), is denied.

*Thomas J. Welch*, in support of the petition.

*Ian Angus Cole*, in opposition.

Decided September 16, 2008